IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| JACQUELINE YEAGER and ELLEN RODRIGUEZ, | ) ) ) | Civil Action No: |
| Plaintiff, | ) ) | |
| v. | ) ) | **Notice of Removal** |
| HORRY COUNTY POLICE DEPARTMENT, LT KEVIN MICHAEL CAST, CAPTAIN DANNY FURR, BRIGHTON LAKES PROPERTY OWNER'S ASSOCIATION, INC. WACCAMAW MANAGEMENT, LLC, ROBERT BECK, JEFFREY BUTTERMAN,LARRY PRINCE, RAUL MORALES, DARRELL MOOD, KELLEY KESNER DIONNE, ERIN CRISTELLO, JASON SMITH, MARK RODDY, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Your Removers, Defendants Horry County Police Department, Lt. Kevin Michael Cast, and Captain Danny Furr, respectfully show as follows:

1. They are the Defendants in the above-entitled action.

2. The above entitled action was originally commenced in the Court of Common Pleas for Horry County, State of South Carolina, on May 1, 2026, was given the case number of 2026CP2603345, and has been pending in that court.

3. Upon information and belief, the Summons and Complaint was received on or about May 14, 2026. Less than 30 days have expired since receipt of a copy of the Summons and Complaint.

4. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b).

5. In the Complaint, the Plaintiff seeks relief for alleged violations of the Constitution of the United States and under 42 U.S.C. § 1983. Therefore, the United States District Court for the District of South Carolina has jurisdiction over this matter pursuant to 28 U.S.C. § 1331 and 1343.

1

6. The Florence Division is the proper venue inasmuch as the original action was filed in Horry County, and the facts underlying this action allegedly occurred in Horry County.

7. Exhibit A is a copy of "all process, pleadings, and orders served upon" the Defendants in this action, as required by 28 U.S.C. § 1446(a).

8. In accordance with 28 U.S.C. § 1446(d), Defendants are serving this Notice of Removal on counsel for Plaintiff, and also filing a copy of the Notice of Removal with the Clerk of Court for Horry County.

WHEREFORE, please take notice that this action has been removed to the United States District Court, District of South Carolina, Florence Division.

WILLCOX, BUYCK & WILLIAMS, P.A.

By:     s/ Charles E. Jeffcoat, III
Charles E. Jeffcoat, III
S.C. Bar No. 106943
PO Box 1909
Florence, SC 29503-1909
(843) 662-3258 Telephone
(843) 662-1342 Fax
Email: cjeffcoat@WillcoxLaw.com
ATTORNEY FOR DEFENDANTS

June 12, 2026
Florence, South Carolina