IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| JACQUELINE YEAGER and ELLEN RODRIGUEZ, | ) ) ) | Civil Action No: |
| Plaintiffs, | ) ) | |
| v. | ) ) | **Defendant Horry County Police Department, Lt. Kevin Michael Cast, and Captain Danny Furr's Responses to Local Rule 26.01 Interrogatories** |
| HORRY COUNTY POLICE DEPARTMENT, LT KEVIN MICHAEL CAST, CAPTAIN DANNY FURR, BRIGHTON LAKES PROPERTY OWNER'S ASSOCIATION, INC. WACCAMAW MANAGEMENT, LLC, ROBERT BECK, JEFFREY BUTTERMAN,LARRY PRINCE, RAUL MORALES, DARRELL MOOD, KELLEY KESNER DIONNE, ERIN CRISTELLO, JASON SMITH, MARK RODDY, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

Defendants Horry County Police Department, Lt. Kevin Michael Cast, and Captain Danny Furr ("these Defendants"), by and through the undersigned legal counsel, do hereby answer those interrogatories required by Local Civil Rule 26.01 as follows:

(A)     State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**ANSWER:  None of which these Defendants are aware.**

(B)     As to each claim, state whether it should be tried jury or non-jury and why.

**ANSWER:  Jury.  These Defendants request a jury trial as to all genuine, disputed issues of material fact, if any.**

1

(C)     State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**ANSWER: These Defendants are not a publicly owned company.**

(D)     State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**ANSWER:   Plaintiff filed this action in the Court of Common Pleas in Horry County. The events giving rise to this lawsuit occurred in Horry County, which is within the Florence Division.**

(E)     Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal?  If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action.  Counsel should disclose any cases which may be related regardless of whether they are still pending.  Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER:**

**None of which these Defendants are aware.**

(F)     If the Defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER: Upon information and belief, these Defendants have been properly identified.**

(G)     If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**ANSWER: These Defendants do not contend that any person or entity is liable to them.  These Defendants do not believe that any person or entity is liable to the Plaintiff.**

WILLCOX, BUYCK & WILLIAMS, P.A.

By:     s/ Charles E. Jeffcoat, III
Charles E. Jeffcoat, III
Fed. Bar No. 106943
PO Box 1909
Florence, SC 29503-1909
(843) 662-3258 Telephone
(843) 662-1342 Fax
Email: cjeffcoat@WillcoxLaw.com
ATTORNEY FOR DEFENDANTS

June 12, 2026
Florence, South Carolina